■ MURRAY SPORN, Respondent, v SUFFOLK MARKETING, INC., Appellant. — In an action for moneys allegedly due pursuant to an oral contract, the defendant appeals from an order of the Supreme Court, Nassau County, dated March 11, 1980, which denied its motion for summary judgment dismissing the complaint as barred by the Statute of Frauds. Order reversed, on the law, with $50 costs and disbursements, motion granted, and complaint dismissed. The plaintiff's claim is barred by the Statute of Frauds. (See General Obligations Law, § 5-701, subd a, par 10; *Freedman v Chemical Constr. Corp.,* 43 NY2d 260; *Rogoff v San Juan Racing Assn.,* 77 AD2d 831.) Lazer, J.P., Cohalan, Margett and O'Connor, JJ., concur.

■ CHARLES STADTMULLER, Appellant, v FRANK MANISCALCO et al., Respondents. — Appeal from an order of the Supreme Court, Queens County, dated July 9, 1979, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). The order is reviewed on the appeal from the judgment of the same court, entered August 3, 1979. Judgment affirmed. No opinion. Defendants, appearing separately and filing separate briefs, are awarded one bill of costs. Hopkins, J.P., Mangano, Rabin and Weinstein, JJ., concur.

■ GREGORY M. STAJK, Appellant, v C.W. POST COLLEGE/LONG ISLAND UNIVERSITY, Respondent. — In a negligence action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County, dated May 12, 1980, which granted defendant's motion for a protective order as to certain material sought to be discovered. Order affirmed, without costs or disbursements, and without prejudice to plaintiff's service of an appropriate notice of discovery and production in accordance with *Rios v Donovan* (21 AD2d 409, 414). Lazer, J.P., Cohalan, Margett and O'Connor, JJ., concur.